Kathryn Tassinari, OSB# 80115  
Mark A. Manning, OSB# 00311  
HARDER, WELLS, BARON & MANNING, P.C.  
474 Willamette Street  
Eugene, OR 97401  
(541) 686-1969  
kathrynt50@comcast.net  
Of Attorneys for the Plaintiff

FILED '08 APR 11 14:17 USDC-ORP

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RONALD A. ABRAMSON, ) | Civil No. 07-6298-HU |
| ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| MICHAEL J. ASTRUE, ) | FEES PURSUANT TO EAJA |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted as full settlement of any and all claims for attorney fees under EAJA. Attorney fees in the sum of $1,223.48 is awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _11_ day of _April_, 2008.

_____  
U.S. District Judge

PRESENTED BY:

By: _s/ Kathryn Tassinari_  
    Kathryn Tassinari, OSB#80115  
    Harder, Wells, Baron & Manning, P.C.

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA