Kathryn Tassinari, OSB # 80115
Mark Manning, OSB # 00311
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED'09 JAN 05 16:45USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RONALD A. ABRAMSON, | ) | Case No. 07-6298-HU |
| Plaintiff, | ) | |
| | ) | ORDER APPROVING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY FEES |
| vs. | ) | PURSUANT TO 42 U.S.C. §406(b) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having

no objection, Order is hereby granted in the sum of $9,738.85 as full settlement of all claims for

attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $9,738.85 an

administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

Counsel shall refund the EAJA fee of $2,659.87 awarded herein to Plaintiff.

IT IS SO ORDERED this _____ day of _____, 2009.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2